MARIAN ESTELLE TURNER, JOINED BY HER HUSBAND, JOHN
A. TURNER, *Plaintiff in Error,* v. J. P. COXIE, *Defendant
in Error.*

Division B.

Decision Filed November 21, 1927.

*Watson & Phipps,* for Plaintiffs in Error;

*Wm. J. Wood,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the judgment herein, and the briefs and argument of
counsel for the respective parties, and the record having
been seen and inspected, and the Court being now advised
of its judgment to be given in the premises, it seems to
the Court that there is no error in the said judgment; it
is, therefore, considered, ordered and adjudged by the
Court that the said judgment of the Circuit Court be, and
the same are hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J.,
concur.